# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) Case No. 1:22-mj-00065-NRN |
| v. | ) |
| LEONARD CORDOVA | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about September 12, 2021 and September 19, 2021, in the State and District of Colorado, LEONARD CORDOVA violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

X Continued on attached sheet.

*KC Hughes*
*Complainant's signature*

FBI Special Agent KC Hughes
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 04/13/2022

*Judge's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*