# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, KC Hughes, Special Agent with the Federal Bureau of Investigation, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge, and belief.

## BACKGROUND

1. I am a Special Agent with the FBI, and have been since 2008. I am currently assigned to the Denver Division of the FBI, and specifically to the Southern Colorado Safe Streets Task Force. As part of my duties, I investigate criminal violations relating to the unlawful possession of firearms, among other offenses. I have received training and instruction in the field of investigation of the unlawful possession of firearms and have had the opportunity to participate in investigations relating to the same.

2. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that LEONARD CORDOVA violated Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearms/ammunition) (the "Subject Offense").

3. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

## PROBABLE CAUSE

### *September 12, 2021 Shooting*

5. On or about September 12, 2021, at approximately 2:18 p.m., Pueblo dispatchers received a call from a resident on Bridle Trail in Pueblo, Colorado (the "911 Caller"). The 911 Caller, who was not home at the time, relayed to dispatch that the 911 Caller's child reported that an individual at what the 911 Caller believed was 56 Bridle Trail[1] "shot at somebody." The 911 Caller identified the shooter as "Leonard Cordova."

6. Pueblo Police Department ("PPD") Officers were dispatched and responded to 54 Bridle Trail, and the following occurred:

    a. Officers approached the home at 54 Bridle Trail by walking up the driveway. One of the officers ("Officer-1") noticed that there were six 9mm Tulammo shell casings in the driveway.

    b. Officer-1 knocked on the front door but no one answered. Officer-1 then rang the doorbell and heard what he believed to be CORDOVA's voice over the intercom. CORDOVA stated that he was not home current and was not home during the

---

[1] I have determined there is no such address as 56 Bridle Trail. The addresses on the south side of the street go from 54 Bridle Trail to 58 Bridle Trail.

1

      shooting.  CORDOVA stated his daughter should be home and agreed that the officers could enter the home to check for threats, but wanted to check with his daughter first.  After a few minutes, officers did not hear from CORDOVA so opened the door and announced themselves.  After not hearing a response, Officer-1 stepped into the foyer area of the home.  CORDOVA got back on the intercom and told the officers to leave.

   c. Officer-1 spoke with a neighbor—the 911 Caller—on Bridle Trail whose home security cameras caught the incident on video.  The 911 Caller provided the video footage to officers (the "Video Footage").  The 911 Caller also stated that, earlier in the day, CORDOVA had called earlier and stated that he is going to have some trouble because CORDOVA the ex-boyfriend ("Individual-1") of CORDOVA's girlfriend ("Individual-2") would be showing up soon.

   d. Another PPD officer ("Officer-2") spoke with a neighbor on Bridle Trail.  The neighbor reported seeing CORDOVA pacing in the driveway before an SUV stopped in front of CORDOVA's home.  CORDOVA and someone in the SUV exchanged words and the SUV drove off.  The SUV was driving westbound on Bridle Trail when CORDOVA fired shots at it.

7. I have reviewed the Video Footage and observed an individual (who I believe to be CORDOVA) walk down the driveway at 54 Bridle Trail.  Shortly thereafter, a silver SUV (the "Silver SUV") approached from the east.  CORDOVA moved quickly back up the driveway and exchanged words with the driver of the Silver SUV (who I believe to be Individual-1), who slowed down as he passed 54 Bridle Trail.  After the Silver SUV passed 54 Bridle Trail, CORDOVA fired numerous shots at the Silver SUV from what appeared to be a handgun.

8. Following the incident described above, a district court judge in Pueblo County signed a warrant for CORDOVA's arrest for violations of Colorado law, including illegal discharge of a firearm, possession of a weapon by a previous offender, and violation of a restraining order.  CORDOVA was arrested on this warrant on September 14, 2021.

9. Following his arrest on September 14, 2021, CORDOVA was transported to a police station in Pueblo, Colorado, where he was interviewed by me and other officers.  Prior to being interviewed, CORDOVA was advised of his *Miranda* rights and agreed to speak with officers.  Among other things, the following occurred, in sum and substance and in part:

   a. CORDOVA stated that he lives at 54 Bridle Trail.

   b. CORDOVA acknowledged that he is a prior felon who did time.

   c. CORDOVA gave officers permission to search his cell phone (the "Cordova Cell Phone").

   d. When asked what's going on with Individual-1, CORDOVA explained that he has been in a dispute with Individual-1 for over a year.  The main issue with Individual-1 is over a woman.

    e. CORDOVA was asked about the incident that occurred at 54 Bridle Trail, and CORDOVA stated that Individual-1 showed up and started talking "shit." Had Individual-1 stopped, CORDOVA would have fought him. CORDOVA stated that he knew that Individual-1 was coming to CORDOVA's house on September 12, 2021 because CORDOVA and Individual-1 had exchanged messages. CORDOVA acknowledged that when he shot at Individual-1 in the Silver SUV that he could have unintentionally shot someone else, but that he was drunk at the time. CORDOVA stated he did not know how many shots he fired at Individual-1. CORDOVA stated that he was tired of Individual-1 "fucking pointing guns at" and "fucking threatening" CORDOVA.

    f. CORDOVA claimed that the handgun he used to shoot at Individual-1 was "just gone" and he "got rid of it." CORDOVA said that he smashed the gun with a hammer and threw it in water. CORDOVA assured me and another officer that we "aren't going to find it." CORDOVA was shown the photo of the Glock described in paragraph 10, *infra,* by another officer. CORDOVA confirmed to the other officer that this was the handgun he used to shoot at Individual-1.

    g. If CORDOVA could go back in time to "Sunday" (that is, September 12, 2021), he would have done things differently both because he could have hurt someone else and because he is getting in trouble.

    h. CORDOVA said that he joined the Ace gang for friendship and love.

10. Pursuant to the authority given to me and other officers by CORDOVA as described in paragraph 9, *supra*, officers searched the Cordova Cell Phone. During this search, officers located a photo on the camera roll from September 12, 2021 of what I recognized at the time to be a Glock 17 or 19 handgun (the "Glock") on someone's lap. The serial number on the Glock was visible in the photo (the "Serial Number").

11. CORDOVA was subsequently released on bail from this Pueblo County charge.

### *September 19, 2021 Shooting*

12. On or about September 19, 2021, Individual-2 (CORDOVA's sometimes-girlfriend) and Individual-2's friend ("Individual-3") were the driver and passenger, respectively, in Pueblo, Colorado in a Chevy Tahoe (the "Tahoe").

13. I have reviewed reports of interviews with Individual-2 regarding what happened on September 19, 2021, and learned the following, in sum and substance and in part:

    a. Individual-2 was driving the Tahoe and observed a gray Jaguar (the "Jaguar") approaching her. Individual-2 is familiar with the Jaguar because it is a vehicle that she shared with CORDOVA when they were in a relationship.

    b. The Jaguar began ramming the Tahoe. Individual-2 then heard gunshots. Individual-2 did not know how many shots were fired.

    c. Individual-2 realized that both she and Individual-3 had been shot. Individual-2 tried to drive to the hospital, but the Jaguar kept ramming her car.

    d. Individual-2 stated CORDOVA was the person in the Jaguar who shot at her.[2]

    e. Individual-2 stated that, prior to the incident described above, CORDOVA was on an ankle monitor from a prior offense. CORDOVA sent Individual-2 a video of himself removing the ankle monitor and a message stating: "I'm coming for you."

    f. Individual-2 stated that she and CORDOVA had dated for about a year or a year and a half, but had recently broken up.

    g. During one interview with Individual-2, officers noted that Individual-2 smelled of alcohol.

14. Individual-2 and Individual-3 sought treatment at the hospital. Both Individual-2 and Individual-3 had suffered gunshot wounds to their legs.

15. Officers located the Tahoe outside of the hospital. The Tahoe was observed to have front end damage, a flat front tire, and bullet holes through the front driver's door, rear driver's door, and rear quarter panel/trunk area above the wheel well. There was blood located inside the vehicle.

16. On or about September 20, 2021, officers located an unoccupied 2009 silver Jaguar off of I-25 and the Abriendo Avenue exit in Pueblo, Colorado. The vehicle appeared to have been recently involved in an accident. Officers were able to see at least one spent shell casing inside the vehicle from the exterior of the vehicle. The vehicle was towed to the Pueblo Police Annex and then officers in Pueblo obtained a search warrant for this vehicle and located three spent shell casings inside (the "Three Shell Casings").

17. On September 19, 2021, CORDOVA was detained by law enforcement officers. CORDOVA was escorted to a police station in Pueblo, Colorado. Prior to being interviewed, CORDOVA was advised of his *Miranda* rights and agreed to speak with officers. Among other things, the following occurred, in sum and substance and in part:

    a. CORDOVA first denied knowing anything about the incident described above.

    b. Subsequently, CORDOVA admitted that he was driving in the Jaguar when he observed the Tahoe driving nearby. CORDOVA stated that the Tahoe began ramming him. CORDOVA fired two shots at the Tahoe because he was afraid.

    c. The Tahoe got on I-25 and CORDOVA followed. CORDOVA stated that Tahoe kept ramming him. Nearing the I-25 and Abriendo Avenue exit, the Tahoe ran CORDOVA off the road and he wrecked the Jaguar. CORDOVA called his daughter to come pick him up to take him home.

---

[2] In one statement to police, Individual-2 stated that she thought CORDOVA was driving the Jaguar and in another, she said she thought CORDOVA was the passenger and his new girlfriend was driving.

    d. CORDOVA stated at the time of this incident, he was driving the Jaguar and his friend was the passenger.

    e. CORDOVA stated that he believed that Individual-1 was driving the Tahoe and that Individual-2 was probably in the passenger seat, but that he could not see into the Tahoe because of the tinted windows.

    f. CORDOVA said that gun was gone and refused to tell officers where it was located.

18. For the September 19, 2021 incident described above, CORDOVA was charged in district court in Pueblo County with attempted 1st degree murder, and eleven other related charges. CORDOVA was subsequently released on bail from these charges.

<u>Interstate Commerce & Cordova's Criminal History</u>

19. On or about April 12, 2022, I contacted Glock's customer service line and spoke with an employee of Glock (the "Glock Employee"). I provided the Glock Employee with the Serial Number. According to the Glock Employee, the Glock that CORDOVA used in the September 12, 2021 shooting was manufactured in Smyrna, Georgia in May 2016.

20. On or about April 12, 2022, I spoke with another FBI Special Agent ("Agent-1") who is a certified Firearms Specialist, certified by the International Firearms Specialist Academy. Agent-1 was provided a photograph of the Three Shell Casing found in the Jaguar. Agent-1 explained that, to his knowledge, Tulammo ammunition is only manufactured in Russia and imported into the United States. Agent-1 did not have time to do an official examination of the Three Shell Casings at the time of our conversation. On or about April 12, 2022, I conducted an open-source search using for potential manufacturing locations of Tulammo. I was not able to identify any location outside of Russia for the manufacture of Tulammo.

21. In my training and experience, I know that a shell casing is the part of ammunition that contains the primer and propellant to discharge the bullet. The shell casing is what is then ejected from the firearm after the bullet is fired. Accordingly, I believe that on September 19, 2021, CORDOVA had in his possession—and fired at the Tahoe—at least three rounds of 9mm Tulammo ammunition.

22. On April 12, 2022, I reviewed the National Integrated Ballistic Information Network (NIBIN) results from the CBI laboratory regarding both the September 12, 2021 and the September 19, 2021 incidents. I observed that the Three Shell Casings collected from the Jaguar from the September 19, 2021 shooting were linked through an investigative lead to the firearm used in the September 12, 2021 shooting. Based off this information there is a high probability that the casings in the second shooting were fired by the same gun in the first shooting. I therefore believe that CORDOVA lied to me and other officers on September 14, 2021, when CORDOVA stated that he had destroyed the gun, *see* paragraph 9, *supra*, when in fact he had hidden the gun and used it in a violent shooting only five days later.

23. I have reviewed CORDOVA's criminal history and learned that prior to his possession of a firearm and ammunition on September 12, 2021, and September 19, 2021, CORDOVA was convicted of a felony punishable by a term of imprisonment of more than one year.

*s/ KC Hughes*
Special Agent KC Hughes
Federal Bureau of Investigation

Sworn to before me this 13th day of April, 2022

*[signature]*
Hon. N. Reid Neureiter
United States Magistrate Judge
District of Colorado

Affidavit reviewed and submitted by Andrea Surratt, Assistant United States Attorney.