| | |
|---|---|
| DEFENDANT: | LEONARD CORDOVA |
| YOB/AGE: | 1979 |
| COMPLAINT FILED? | _____ Yes    ___x___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE(S): | Two counts: 18 U.S.C. § 922(g)(1), Prohibited Person in Possession of Firearm/Ammunition |
| LOCATION OF OFFENSE: | Pueblo County, Colorado |
| PENALTY: | Each count: NMT 10 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| AGENT: | FBI SA KC Hughes |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less  ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.