IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     22-mj-00065-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEONARD CORDOVA,

       Defendant.

___

NOTICE OF APPEARANCE
___

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary_Butterton@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Leonard Cordova (via U.S. Mail)

                                     s/ Mary V. Butterton
                                       MARY V. BUTTERTON
                                       Assistant Federal Public Defender
                                       633 17th Street, Suite 1000
                                       Denver, CO  80202
                                       Telephone:  (303) 294-7002
                                       FAX:  (303) 294-1192
                                       Mary_Butterton@fd.org
                                       Attorney for Defendant