IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-mj-00065-NRN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEONARD CORDOVA,

        Defendant.

_____

UNOPPOSED MOTION TO CONTINUE DETENTION HEARING
TO AFTERNOON DOCKET
_____

        Mr. Leonard Cordova, by and through his attorney Mary V. Butterton, respectfully moves this Court to enter an order moving his Detention Hearing, currently set for April 19, 2022 at 10 a.m., to 2 p.m. that same day. In support of this request he states as follows:

        1.  On April 15, 2022, Mr. Cordova was arrested pursuant to a federal complaint alleging a violation of 18 U.S.C. § 922(g)(1). Docs. 1, 3. The Court appointed counsel for Mr. Cordova and set a Detention Hearing for Tuesday, April 19 at 10:00 a.m. Docs. 4, 6.

        2.  Undersigned counsel entered her appearance on April 18, 2022. Doc. 7.

        3.  Undersigned counsel has a conflict the morning of April 19, in the form of a previously-scheduled Presentence Investigation Report interview for another client. Counsel is available at 2 p.m. on April 19.

        4.  Undersigned counsel has conferred with Assistant United States Attorney Andrea Surrat, who does not oppose a continuance of the detention hearing to the 2 p.m. docket.

WHEREFORE, Mr. Cordova respectfully moves this Court to enter an order moving his Detention Hearing, currently set for April 19, 2022 at 10 a.m., to 2 p.m. that same day.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Leonard Cordova (via U.S. Mail)

                                              s/ Mary V. Butterton
                                              MARY V. BUTTERTON
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Mary_Butterton@fd.org
                                              Attorney for Defendant