IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-mj-00065-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEONARD CORDOVA,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Finding good cause, it is hereby ORDERED that the Unopposed Motion to Continue Detention Hearing to Afternoon Docket (Dkt. #8) is granted. Mr. Cordova's Detention Hearing set for April 19, 2022 at 10:00 a.m. is VACATED and RESET to April 19, 2022 at 2:00 p.m.

Date: April 18, 2022