AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:22-mj-00065-NRN |
| LEONARD CORDOVA | ) |
| Defendant | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LEONARD CORDOVA, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1), Prohibited Person in Possession of a Firearm/Ammunition.

Date: 04/13/2022

*Issuing officer's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

### Return

This warrant was received on *(date)* 041522, and the person was arrested on *(date)* at *(city and state)* Pueblo, CO

Date: 041522

*Arresting officer's signature*

JEREMY MATHEWS
*Printed name and title*